# Michael Faillace & Associates, P.C.
*Employment and Litigation Attorneys*

60 East 42nd Street, Suite 4510
New York, New York 10165

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/11/2025__
```

July 11, 2025

BY ECF
Honorable Barbara C. Moses
United States Magistrate Judge
United States Courthouse
500 Pearl Street.
New York, NY 10007

**MEMO ENDORSED**

*Re: Carcamo et al v. Harlem Group PR Corp. et al*
   *1:25-cv-01397-ALC-BCM*

Dear Judge Moses:

I represent Plaintiff in the above-captioned matter. We write this letter with the consent of Defendant's counsel.

We respectfully request that the initial conference scheduled for August 5, 2025, be converted to a telephone conference. Due to physical limitations that make travel difficult, I would greatly appreciate the Court's consideration of this request.

In addition, Defendants are unavailable to meet on August 5, 2025 and request that the meeting be on August 6, 2025 at 10:00 a.m. or August 7, 2025 at 10:00 a.m., or any time the court deems proper.

Thank you for your attention to this matter.

Respectfully Submitted,

   */s/ Michael Faillace*
Michael Faillace, Esq.
Michael Faillace & Associates, P.C.
*Attorneys for Plaintiff*

---

The initial conference scheduled for August 5, 2025, is ADJOURNED to **August 6, 2025, at 10:00 a.m.** The parties' Pre-Conference Statement (*see* Dkt. 37) is due no later than **July 30, 2025**.

Upon receipt and review of the Pre-Conference Statement, the Court will determine whether the in-person conference will be converted to a telephone conference. SO ORDERED.

*[signature: Barbara Moses]*

Barbara Moses
United States Magistrate Judge
July 11, 2025

---

*Certified as a minority-owned business in the State of New York*