```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/14/25__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCELLO CARCAMO and JOSE PASTRANA,

           Plaintiffs,

  -against-

HARLEM GROUP PR CORP., *et al*.,

           Defendants.

25-CV-1397 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    This Court's Initial Case Management Order (ICM Order) dated August 6, 2025 (Dkt. 46) directed the parties to submit a joint status letter by November 13, 2025, in advance of the joint status conference on November 20, 2025 at 10:00 a.m. On September 9, 2025, after being notified that mediation was not successful, the Court directed the parties to file an additional joint letter requesting desired modifications to the schedule as set out in ICM Order, if any. (Dkt. 103.) The Court has not received a joint letter in advance of the upcoming status conference.

    No later than **November 18, 2025**, the parties must file their joint status letter.

Dated: New York, New York
       November 14, 2025

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**