USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/23/25

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MARCELO CARCAMO and JOSE PASTRANA,
*individually and on behalf of others similarly situated,*

                    *Plaintiffs,*

          -against-

HARLEM GROUP PR CORP. (d/b/a BEATSTRO),
HARLEM GROUP DR CORP. (d/b/a BRONX
DRAFT HOUSE), BRUCKNER GARDEN CORP.
(d/b/a BRICKS AND HOPS), BODEGA SOCIAL
LLC. (d/b/a BODEGA SOCIAL), ALFREDO M.
ANGUEIRA, RAMON MARTINEZ JR., CARLOS
ANDRADES, EDDIE SANTOS, JASMINE GARCIA,
AND TERRENCE THOMAS,

                    *Defendants.*

Civil Action No. **1:25-cv-01397**

**ORDER OF JUDGMENT**

**JUDGMENT**

On December 23, 2025, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiffs, Marcelo Carcamo and Jose Pastrana, have judgment against Defendants Harlem Group PR Corp. (D/B/A Beatstro), Harlem Group Dr Corp. (D/B/A Bronx Draft House), Bruckner Garden Corp. (D/B/A Bricks and Hops), Bodega Social LLC. (D/B/A Bodega Social), Alfredo M. Angueira, Ramon Martinez Jr., Carlos Andrades, Eddie Santos, Jasmine Garcia, and Terrence Thomas, jointly and severally, in the amount of One Hundred forty Thousand Dollars and Zero Cents ($140,000.00), which is inclusive of attorneys' fees and costs.

The Clerk of Court is respectfully directed
to close this case.

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

December 23, 2025
New York, NY